Joseph J. Zito (Pro Hac Vice)
ZITO tlp
1250 Connecticut Avenue, NW,
Suite 200
Washington, D.C. 20036
(jzito@zitotlp.com)
Tel:  (202) 466-3500

Richard B. Vaught (State Bar Number: 112155)
The Law Office of Richard B. Vaught
111 West St. John, Suite 500
San Jose, CA 95113
rvaught1@sbcglobal.net
P: 877-732-9216

Attorneys for Plaintiff
GEORGE CHAI-GI SHENG

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE CHAI-GI SHENG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN  CO.  et al,<br>　　　　　　DefendantS. | Case No. C-11-00346MEJ<br><br>**NOTICE TO THE COURT** |

　　　This is to inform the Court that the Parties have meet and confer on April 14th, 2011, regarding Rule 26(f) report and ADR.

　　　At present, Defendants' counsel has not make an appearance in this matter, as Defendants' answer is not due until May 1, 2011. However, counsel for both parties have been engaged in

1  settlement discussions since April 4th, 2011 and anticipate resolution of this matter in the next thirty
2  (30) days.
3     Plaintiff therefore requests that the dates for Defendants' answer, Rule 26(f) report and Case
4  Management Statement and Initial Case Management Conference be moved as followed:

6  Defendants' answer: June 10, 2011
7  Rule 26(f) report and Case Management Statement: June 16, 2011
8  Initial Case Management Conference: June 23, 2011.

11  Dated:  April 15th , 2011

*/Joseph J. Zito/*
Joseph J. Zito
jzito@zitotlp.com
ZITO tlp
1250 Connecticut Avenue, NW,
Suite 200
Washington, D.C. 20036
Telephone:  (202) 466-3500
Pro Hac Vice

Richard B. Vaught
rvaught1@sbcglobal.net
The Law Office of Richard B. Vaught
111 West St. John, Suite 500
San Jose, CA 95113
(877) 732 9216

2

**PROOF OF SERVICE**

  The undersigned hereby certifies that the above NOTICE TO THE COURT is being filed through the CM/ECF System on this 15th day of April 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4. To those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing service has been effected by e-mail as indicated below. Executed on April 15th, 2011 at Washington, DC.

*Thomas Furth*
Kudman Trachten Aloe LLP
The Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
Service through email at:
TFurth@kudmanlaw.com

Attorneys for Defendants
Walgreen Co.
East West Distributing Company

              /s/ Joseph J. Zito

               Joseph J. Zito