Joseph J. Zito (Pro Hac Vice)
ZITO tlp
1250 Connecticut Avenue, NW,
Suite 200
Washington, D.C. 20036
(jzito@zitotlp.com)
Tel:  (202) 466-3500

Richard B. Vaught (State Bar Number: 112155)
The Law Office of Richard B. Vaught
111 West St. John, Suite 500
San Jose, CA 95113
rvaught1@sbcglobal.net
P: 877-732-9216

Attorneys for Plaintiff
GEORGE CHAI-GI SHENG

**GRANTED**

Judge Maria-Elena James

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

GEORGE CHAI-GI SHENG,

       Plaintiff,

   v.

WALGREEN  CO.  et al,
        Defendants.

Case No. C-11-00346MEJ

**NOTICE TO THE COURT**

      Further to our Notice dated April 15, 2011 (dkt#11), this is to inform the Court that the Parties are still actively engaged in settlement negotiations and believe that more time will be mutually beneficial.

      Plaintiff therefore kindly requests that the dates for Defendants' answer, the Rule 26(f) report and the Initial Case Management Conference be reset as follows:

1

2    Defendants' answer: July 14, 2011

3    Rule 26(f) report and Case Management Statement: August 4, 2011

4    Initial Case Management Conference: ~~at the Court's convenience after~~ August 11, 2011 at 10a.m.

5

6    Dated:  June 8th , 2011

7                                                    */Joseph J. Zito/*
                                                     Joseph J. Zito
8                                                    jzito@zitotlp.com
                                                     ZITO tlp
9                                                    1250 Connecticut Avenue, NW,
                                                     Suite 200
10                                                   Washington, D.C. 20036
                                                     Telephone:  (202) 466-3500
11                                                   *Pro Hac Vice*

12                                                   Richard B. Vaught
                                                     rvaught1@sbcglobal.net
13                                                   The Law Office of Richard B. Vaught
                                                     111 West St. John, Suite 500
14                                                   San Jose, CA 95113
                                                     (877) 732 9216
15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2

## PROOF OF SERVICE

The undersigned hereby certifies that the above NOTICE TO THE COURT is being filed through the CM/ECF System on this 8th day of  June 2011,  all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4. To  those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing service has been effected by e-mail as indicated below. Executed on June 8th, 2011 at Washington, DC.

*Thomas Furth*
Kudman Trachten Aloe LLP
The Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
Service through email at:
TFurth@kudmanlaw.com

Attorneys for Defendants
Walgreen Co.
East West Distributing Company

/s/ Joseph J. Zito

Joseph J. Zito

3