UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHAI-GI-SHENG,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>WALGREEN CO., et al.,<br><br>　　　　Defendant(s). | No. C11-00346 MEJ (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference.  **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Wednesday, August 17, 2011 at 9:00 a.m.,** to discuss the settlement process.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.  In preparation for that conference, counsel shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated: August 8, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\SHENG PATENTSTATUSCONF.ORD.wpd

1