```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


GEORGE CHAI-GI-SHENG,         )
                              )
          Plaintiff(s),       )    No. C11-00346 MEJ (BZ)
                              )
     v.                       )
                              )
WALGREEN CO., et al.,         )    ORDER SCHEDULING FURTHER
                              )    TELEPHONE CONFERENCE
          Defendant(s).       )
                              )
                              )
_____)
```

Following a telephone discussion about devising a settlement process at which both sides were represented by counsel, **IT IS ORDERED** as follows:

    1.  Counsel shall continue to discuss possible settlement having in mind the views expressed by the Court.

    2.  If they are successful, counsel for plaintiff shall immediately notify the Court of the settlement.

    3.  If they are unsuccessful, a further telephone conference to discuss the status of the negotiations is scheduled for **Tuesday, September 20, 2011 at 1:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances

1

at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: August 31, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\SHENG ORD SCHEDULING FURTHER TEL CONF.wpd