| | |
|---|---|
| 1<br>2<br>3<br>4 | Joseph J. Zito (Pro Hac Vice)<br>ZITO tlp<br>1250 Connecticut Avenue, NW,<br>Suite 200<br>Washington, D.C. 20036<br>(joe@zitotlp.com)<br>Tel:  (202) 466-3500 |
| 5<br>6<br>7<br>8<br>9 | Richard B. Vaught (State Bar Number: 112155)<br>The Law Office of Richard B. Vaught<br>111 West St. John, Suite 500<br>San Jose, CA 95113<br>rvaught1@sbcglobal.net<br>P: 877-732-9216<br>Attorneys for Plaintiff<br>GEORGE CHAI-GI SHENG |

GRANTED
Judge Maria-Elena James

Todd A. Noah (SBN:152328)
Dergosits & Noah LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail: tnoah@dergnoah.com

Thomas Furth (*Pro Hac Vice* Pending)
KUDMAN TRACHTEN ALOE LLP
The Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118
Tel: (212) 868-1010
Fax: (212) 868-0013 (fax)
E-mail: tfurth@kudmanlaw.com
Attorneys for Defendants
WALGREEN COMPANY and EAST WEST DISTRIBUTING COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GEORGE CHAI-GI SHENG,<br><br>         Plaintiff,<br>     v.<br><br>WALGREEN  CO.  et al,<br><br>         Defendants. | Case No. C-11-00346MEJ<br><br>**JOINT STIPULATION OF DISMISSAL** |

Joint Stipulation of Dismissal
Case No.  C-11-00346MEJ

Plaintiff George Chai-Gi Sheng and Defendants Walgreen Co and East West Distributing Company have reached a Confidential Settlement Agreement, and therefore the Parties hereby jointly move to dismiss all claims, defenses and counterclaims in the present action as to Defendants, with prejudice and with each party to bear its own costs and fees pursuant to the Confidential Settlement Agreement.

Dated: January 23rd, 2012

By: /s/ *Joseph J. Zito*     By: /s/ *Todd A. Noah*

Joseph J. Zito
joe@zitotlp.com
ZITO tlp
1250 Connecticut Avenue, NW,
Suite 200
Washington, D.C. 20036
Telephone:  (202) 466-3500


Richard B. Vaught
rvaught1@sbcglobal.net
The Law Office of Richard B. Vaught
111 West St. John, Suite 500
San Jose, CA 95113
(877) 732 9216


Attorney for Plaintiff
GEORGE CHAI-GI SHENG

Todd A. Noah (SBN:152328)
Dergosits & Noah LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Tel. (415) 705-6377
Fax: (415) 705-6383
E-mail: tnoah@dergnoah.com

Thomas Furth (*Pro Hac Vice* Pending)
KUDMAN TRACHTEN ALOE LLP
The Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118
Tel: (212) 868-1010
Fax: (212) 868-0013 (fax)
E-mail: tfurth@kudmanlaw.com

Attorneys for Defendants
WALGREEN COMPANY and EAST WEST DISTRIBUTING COMPANY

2