| | |
|---|---|
| 1<br>2<br>3<br>4 | Joseph J. Zito (Pro Hac Vice)<br>ZITO tlp<br>1250 Connecticut Avenue, NW,<br>Suite 200<br>Washington, D.C. 20036<br>(joe@zitotlp.com)<br>Tel:  (202) 466-3500 |
| 5<br>6<br>7<br>8 | Richard B. Vaught (State Bar Number: 112155)<br>The Law Office of Richard B. Vaught<br>111 West St. John, Suite 500<br>San Jose, CA 95113<br>rvaught1@sbcglobal.net<br>P: 877-732-9216<br>Attorneys for Plaintiff<br>GEORGE CHAI-GI SHENG |
| 10<br>11<br>12<br>13 | Todd A. Noah (SBN:152328)<br>Dergosits & Noah LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, California 94111<br>Tel: (415) 705-6377<br>Fax: (415) 705-6383<br>E-mail: tnoah@dergnoah.com |
| 14<br>15<br>16<br>17<br>18 | Thomas Furth (*Pro Hac Vice* Pending)<br>KUDMAN TRACHTEN ALOE LLP<br>The Empire State Building<br>350 Fifth Avenue, Suite 4400<br>New York, New York 10118<br>Tel: (212) 868-1010<br>Fax: (212) 868-0013 (fax)<br>E-mail: tfurth@kudmanlaw.com<br>Attorneys for Defendants<br>WALGREEN COMPANY and EAST WEST DISTRIBUTING COMPANY |

**GRANTED** — Judge Maria-Elena James (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GEORGE CHAI-GI SHENG,<br><br>           Plaintiff,<br>     v.<br><br>WALGREEN  CO.  et al,<br><br>           Defendants. | Case No. C-11-00346MEJ<br><br>**JOINT STIPULATION OF DISMISSAL** |

Joint Stipulation of Dismissal
Case No.  C-11-00346MEJ

Plaintiff George Chai-Gi Sheng and Defendants Walgreen Co and East West Distributing Company have reached a Confidential Settlement Agreement, and therefore the Parties hereby jointly move to dismiss all claims, defenses and counterclaims in the present action as to Defendants, with prejudice and with each party to bear its own costs and fees pursuant to the Confidential Settlement Agreement.

Dated: January 23rd, 2012

By:  /s/ *Joseph J. Zito*

    Joseph J. Zito
    joe@zitotlp.com
    ZITO tlp
    1250 Connecticut Avenue, NW,
    Suite 200
    Washington, D.C. 20036
    Telephone:  (202) 466-3500

    Richard B. Vaught
    rvaught1@sbcglobal.net
    The Law Office of Richard B. Vaught
    111 West St. John, Suite 500
    San Jose, CA 95113
    (877) 732 9216

    Attorney for Plaintiff
    GEORGE CHAI-GI SHENG

By:  /s/ *Todd A. Noah*

    Todd A. Noah (SBN:152328)
    Dergosits & Noah LLP
    Three Embarcadero Center, Suite 410
    San Francisco, California 94111
    Tel. (415) 705-6377
    Fax: (415) 705-6383
    E-mail: tnoah@dergnoah.com

    Thomas Furth (*Pro Hac Vice* Pending)
    KUDMAN TRACHTEN ALOE LLP
    The Empire State Building
    350 Fifth Avenue, Suite 4400
    New York, New York 10118
    Tel: (212) 868-1010
    Fax: (212) 868-0013 (fax)
    E-mail: tfurth@kudmanlaw.com

    Attorneys for Defendants
    WALGREEN COMPANY and EAST WEST DISTRIBUTING COMPANY